Matter of Williams v Warhit (2020 NY Slip Op 00151)





Matter of Williams v Warhit


2020 NY Slip Op 00151


Decided on January 8, 2020


Appellate Division, Second Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided on January 8, 2020
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

CHERYL E. CHAMBERS, J.P.
LEONARD B. AUSTIN
ROBERT J. MILLER
LINDA CHRISTOPHER, JJ.


2019-11171 DECISION, ORDER & JUDGMENT

[*1]In the Matter of DeAndre Williams, petitioner,
v
Barry E. Warhit, etc., respondent. DeAndre Williams, Stormville, NY, petitioner pro se.


Letitia James, Attorney General, New York, NY (Charles F. Sanders of counsel), for respondent.



Proceeding pursuant to CPLR article 78 in the nature of mandamus, inter alia, to compel the respondent, Barry E. Warhit, a Justice of the Supreme Court, Westchester County, to grant the petitioner's application for permission to file another motion pursuant to CPL 440.10 in a criminal action entitled People v Williams , commenced in the County Court, Westchester County, under Indictment No. 97-01571, and application by the petitioner for poor person relief. 
ORDERED that the application for poor person relief is granted to the extent that the filing fee imposed by CPLR 8022(b) is waived, and the application is otherwise denied as academic; and it is further,
ADJUDGED that the petition is denied and the proceeding is dismissed on the merits, without costs or disbursements.
The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act, and only where there exists a clear legal right to the relief sought (see Matter of Legal Aid Socy. of Sullivan County v Scheinman , 53 NY2d 12, 16). The petitioner has failed to demonstrate a clear legal right to the relief sought.
CHAMBERS, J.P., AUSTIN, MILLER and CHRISTOPHER, JJ., concur.
ENTER:
Aprilanne Agostino
Clerk of the Court